IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD C. HENNING,<br><br>          Plaintiff(s),<br><br>     v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et. al.,<br><br>          Defendant(s). | CASE NO. 5:13-cv-01004 EJD<br><br>**ORDER RE: MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

On May 6, 2014, the court granted Plaintiff' request to advance the hearing date for an anticipated Motion for Leave to File an Amended Complaint and directed Plaintiff to file the motion as a separate docket entry on ECF/PACER no later than May 8, 2014. See Docket Item No. 41. Plaintiff thereafter filed a motion on May 8th with an incorrect case caption. See Docket Item No. 42. As a result, the clerk noted on the docket that the motion was filed in the wrong case number. See Docket Item Nos. 42, 45.

In order to resolve any confusion that could arise or may have arisen from Plaintiff's filing error, the court orders as follows:

1. On or before **May 19, 2014**, Plaintiff shall file a Motion for Leave to File an Amended Complaint which contains the correct caption for this action.
2. The deadline to file an opposition to the motion shall be extended to **May 26, 2014.**
3. The deadline to file a reply to the motion shall be extended to **May 30, 2014.**
4. The hearing shall remain as scheduled for **9:00 a.m. on June 6, 2014.**

**IT IS SO ORDERED.**

Dated: May 16, 2014

EDWARD J. DAVILA
United States District Judge