IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD C. HENNING, | CASE NO. 5:13-cv-01004 EJD |
| Plaintiff(s), | **ORDER RE: TRIAL ESTIMATE** |
| v. | |
| ANN R. SEBASTIAN and MARGARET C. MA, TRUSTEES OF THE ANN SEBASTIAN REVOCABLE TRUST, | |
| Defendant(s). | |

The above-entitled action is scheduled for a Joint Preliminary Pretrial Conference on August 22, 2014. The parties filed a joint statement in anticipation of the Conference on August 12, 2014 (Docket Item No. 54), wherein they agree that this action should be tried to the court. They did not, however, provide a "realistic estimate of the length of the trial" as required by Section (I)(B) of the undersigned's Standing Order re: Pretrial Preparation.

Accordingly, on or before **August 18, 2014**, the parties shall filed a brief Joint Statement re: Trial Estimate which contains the parties' respective positions on the length of an anticipated bench trial.

**IT IS SO ORDERED.**

Dated: August 15, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-01004 EJD
ORDER RE: TRIAL ESTIMATE