UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD C. HENNING,<br><br>          Plaintiff(s),<br><br>     v.<br><br>ANN R. SEBASTIAN and MARGARET C. MA, TRUSTEES OF THE ANN SEBASTIAN REVOCABLE TRUST,<br><br>          Defendant(s).<br>_____/ | Case No. 5:13-cv-01004 EJD<br><br>**PRETRIAL ORDER<br>(BENCH)** |

The above-entitled action is scheduled for a Preliminary Pretrial Conference on August 22, 2014. Based on the parties' Joint Preliminary Pretrial Conference Statement (see Docket Item No. 54) and Defendants' statement regarding the trial estimate (see Docket Item No. 56), the court has determined an appearance is unnecessary at this time. Accordingly, the Preliminary Pretrial Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that this action is referred to Magistrate Judge Howard R. Lloyd for a settlement conference to occur no later than 90 days from the date this order is filed. Counsel shall contact Judge Lloyd's Courtroom Deputy to arrange a date and time for the conference no later than **August 29, 2014.**

1

Case No. 5:13-cv-01004 EJD
PRETRIAL ORDER (BENCH)

IT IS FUTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Final Pretrial Conference | 11:00 a.m. on 5/22/15 |
| Joint Final Pretrial Conference Statement and Motions *in Limine* | 5/8/15 |
| Proposed Findings of Fact and Conclusions of Law | 5/12/15 |
| Bench Trial | 6/1/15 (1/2 day a.m.); 6/2-6/3/15 (2 full days); 6/4/15 (1/2 day a.m.); 6/5/15 (1/2 day p.m.) |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[1] with regard to all pretrial submissions.

**IT IS SO ORDERED.**

Dated: August 19, 2014



EDWARD J. DAVILA
United States District Judge

---

[1] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order Re Pretrial Preparation."

2

Case No. 5:13-cv-01004 EJD
PRETRIAL ORDER (BENCH)